1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  Sondra R. Levine, Esq. (SBN 254139)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3  3667 Voltaire Street
4  San Diego, CA 92106-1253
   Tel:  619/758-1891
5  Fax:  619/222-3667
6  dkirkpatrick@sessions-law.biz
   slevine@sessions-law.biz
7
8  Attorneys for Defendant Creditors Interchange Receivable Management, LLC

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12 CARMEL JACKOBY,              ) Case No. 09-CV-06047-EMC
                                )
13           Plaintiff,          )
                                )  STIPULATION TO DISMISS WITH
14 vs.                          )  PREJUDICE ; ORDER
                                )
15                              )
   CREDITORS INTERCHANGE        )
16 RECEIVABLE MANAGEMENT, LLC,  )
                                )
17           Defendant.         )
18 ─────────────────────────────

19     Plaintiff, CARMEL JACKOBY, filed the present action against CREDITORS
20 INTERCHANGE RECEIVABLE MANAGEMENT, LLC ("CIRM") which was
21
22 removed from Alameda County Superior Court on December 29, 2009. CIRM filed its
23 responsive pleading on January 6, 2010. The parties subsequently resolved the action in
24
25 its entirety. As part of said resolution, the parties agree to dismiss the entire action with
26 prejudice.
27
28

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 2/1/10

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
Creditors Interchange Receivable Management, LLC

Dated: 2/1/2010

Carmel Jackoby
Plaintiff

IT IS SO ORDERED.

Dated: 2/2/10

Hon. Edward M. Chen
United States Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA