Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:  619/758-1891
Fax:  619/222-3667
dkirkpatrick@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant Creditors Interchange Receivable Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CARMEL JACKOBY, | ) Case No. 09-CV-06047-EMC |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO DISMISS WITH |
|  | ) PREJUDICE ; ORDER |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, | ) |
| Defendant. | ) |

Plaintiff, CARMEL JACKOBY, filed the present action against CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC ("CIRM") which was removed from Alameda County Superior Court on December 29, 2009. CIRM filed its responsive pleading on January 6, 2010. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above captioned action is dismissed with prejudice
3  pursuant to Fed. R. Civ. Pro. 41.
4
5
6  Dated: 2/1/10       SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
7
8            /s/Debbie P. Kirkpatrick
             Debbie P. Kirkpatrick
9            Attorney for Defendant
10           Creditors Interchange Receivable Management, LLC
11
12 Dated: 2/1/2010
             Carmel Jackoby
13           Plaintiff
14
15
16 IT IS SO ORDERED.
17
18 Dated:   2/2/10
             Hon. Edward M. Chen
19           United States Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen

Defendant's Notice of Removal
2